O'RIELLY v. DALE. (Supreme Court, Appellate Division, First Department. June 25, 1897.) Action by Lawrence J. O'Rielly against John H. Dale, William H. Ricketts, receiver, appellant, and Waterbury Man-

ufacturing Company, respondent. F. Bien, for appellant. B. L. Winters, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.